UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY GRACIANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

MUSICIAN'S FRIEND, INC.,

        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-7541

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), SANDY GRACIANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Defendant, MUSICIAN'S FRIEND, INC., from the above entitled action, with prejudice and without fees and costs.

Dated: New York, New York
       December 15, 2020

                                          **GOTTLIEB & ASSOCIATES**

                                          */s/Jeffrey M. Gottlieb, Esq.*

                                          Jeffrey M. Gottlieb, Esq., (JG-7905)
                                          150 East 18th Street, Suite PHR
                                          New York, NY 10003
                                          Phone: (212) 228-9795
                                          Fax: (212) 982-6284
                                          Jeffrey@Gottlieb.legal

                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge